AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michael Lester )<br>*Petitioner* )<br>v. )<br>Stevie Knight, Warden )<br>*Respondent* ) | Civil Action No.  2:21-cv-00140-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Respondent, Warden Stevie Knight.  Petitioner, Michael Lester, shall take nothing of Respondent as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed with prejudice.  A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge, and granted Respondent's motion for summary judgment.

Date:  November 30, 2021

*ROBIN L. BLUME, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*